**STEVENS LAW OFFICE, PLC**
Ryan J. Stevens (AZ Bar No. 026378)
309 N. Humphreys Street, Ste. 2
Flagstaff, Arizona 86001
Phone: (928) 226-0165
Fax: (928) 752-8111
stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raw Films Limited, <br><br> Plaintiff. <br><br> v. <br><br> Unknown Party et al., <br><br> Defendants. | Case No. 2:11-cv-01603-JAT <br><br> **PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 22 ONLY** |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 22. Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses Doe Defendant 22 from this action with prejudice. John Doe 22 was assigned the IP Address 174.22.230.211. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Doe 22 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

/ /

/ /

/ /

1

DATED this 3rd day of January, 2012.

                                Respectfully submitted,

                                /s/ Ryan J. Stevens
                                Ryan J. Stevens
                                AZ Bar No. 026378
                                STEVENS LAW OFFICE, PLC
                                309 N. Humphreys Street, Suite 2
                                Flagstaff, Arizona 86001
                                Telephone: (928) 226-0165
                                Facsimile: (928) 752-8111
                                Email: stevens@flagstaff-lawyer.com
                                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ Ryan J. Stevens
Ryan J. Stevens