IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raw Films, Ltd., | No. CV-11-1603-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| John Does 1-36, | |
| Defendant. | |

Plaintiff has filed a motion for extension of time to serve the complaint because third party Cox Communications has failed to provide Plaintiff with the names of 20 of the 36 Doe Defendants.[1] First, the Court finds that Plaintiff has failed to show cause to extend time to serve the 16 Defendants for whom Cox is not withholding the address.[2] Therefore, before the Court considers the motion to extend time, Plaintiff will be required to complete the following.

IT IS ORDERED that by February 10, 2012, Plaintiff shall file with the Court a list

---

[1] The Doe Defendants are IP addresses for which Plaintiff must subpoena a third party to learn the true identities to effect service.

[2] For example, Plaintiff has voluntarily dismissed Defendant 22, so presumably that Defendant's identity is known and he/she would be in this 16. Further, Defendant 5 and Defendant Romulo Ramirez, Jr. (neither party has identified which Doe he is) have appeared, so presumably they would be in this 16 also.

1  of which 20 of the Doe Defendants for which it still does not have identities.

2      IT IS FURTHER ORDERED that by February 10, 2012, Plaintiff shall file a proof of
3  service for any of the 16 remaining Doe Defendants Plaintiff has served.

4      DATED this 3rd day of February, 2012.

James A. Teilborg
United States District Judge