**STEVENS LAW OFFICE, PLC**
Ryan J. Stevens (AZ Bar No. 026378)
309 N. Humphreys Street, Ste. 2
Flagstaff, Arizona 86001
Phone: (928) 226-0165
Fax: (928) 752-8111
stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RAW FILMS, LTD.,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN DOES 1-36,<br><br>   Defendants. | Case No. 11-cv-01603-PHX-JAT |

### PLAINTIFF'S NOTICE THAT COX COMMUNICATIONS COMPLIED WITH SUBPOENA, NOTICE OF VOLUNTARY DISMISSAL OF UNIDENTIFIABLE DOE DEFENDANTS, AND NOTICE OF WITHDRAWING MOTION TO COMPEL

**PLEASE TAKE NOTICE** Cox Communications, Inc. responded to Plaintiff's subpoena yesterday, February 9, 2012. It provided the identities of Doe Defendants numbered 2-4, 6, 9-12, 15, and 20. It indicated Does numbered 1, 7, 8, 13, 14, 16, 17, 18 and 19 that they could not be identified. It withheld the identity of Doe Defendant 5 on the basis that said Defendant has filed a Motion to Quash [Dkt. #20] to which Plaintiff will file its response today.

1

Further, Doe 28 has filed a Motion to Quash [Dkt. #11] that has not been adjudicated.

Accordingly, Plaintiff hereby voluntarily dismisses Doe Defendants numbered 1-4, 6-20.

Finally, Plaintiff hereby withdraws its Motion to Compel [Dkt. #18], or alternatively, stipulates to it being denied on the basis that it is now moot.

Dated: February 10, 2012

Respectfully submitted,

/s/ Ryan J. Stevens
Ryan J. Stevens
AZ Bar No. 026378
STEVENS LAW OFFICE, PLC
309 N. Humphreys Street, Suite 2
Flagstaff, Arizona 86001
Telephone: (928) 226-0165
Facsimile: (928) 752-8111
Email: stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 10, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Ryan J. Stevens