IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Raw Films, Ltd., Plaintiff, vs. John Does 1-36, Defendant. | ) | No. CV-11-1603-PHX-JAT **ORDER** |

IT IS ORDERED granting Jay Roth's motion for extension of time to answer (Doc. 32) to the extent that Defendant Roth's answer is due by March 16, 2012.

IT IS FURTHER ORDERED that the motion for extension of time to serve (Doc. 17) is denied without prejudice for the reasons stated in the orders of February 3, 2012 and March 2, 2012.

DATED this 6th day of March, 2012.

James A. Teilborg
United States District Judge