IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raw Films, Ltd., <br><br> Plaintiff, <br><br> vs. <br><br> John Does 1-20, Jay Roth, Josip Gotvald, and John Doe 28 <br><br> Defendants. | No. CV-11-1603-PHX-JAT <br><br> **DEFAULT JUDGMENT** |

There being no just reason for delay and the Court having entered the default of Defendant Jay Roth,

**IT IS ORDERED THAT DEFAULT JUDGMENT IS GRANTED** against Defendant Jay Roth for $750.00, with interest accruing from the date of judgment at 0.18% per annum.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant Jay Roth is permanently enjoined from directly, contributorily, or indirectly infringing Plaintiff's rights under federal or state law in the motion picture "Raw Rescue," including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (e.g., download) or distribute "Raw Rescue," or to make it available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff.

///

1  **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant Jay Roth shall destroy all copies of "Raw Rescue" that he has downloaded onto any computer hard drive or server without Plaintiff's authorization, and shall destroy all copies of "Raw Rescue" transferred onto any physical medium or device in his possession, custody, or control.

DATED this 22nd day of June, 2012.

_____
James A. Teilborg
United States District Judge