**GRIFFEN & STEVENS LAW FIRM, PLLC**
Ryan J. Stevens (AZ Bar No. 026378)
609 N. Humphreys Street
Flagstaff, Arizona 86001
Phone: (928) 226-0165
Fax: (928) 752-8111
stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RAW FILMS, LTD., <br><br> Plaintiff. <br><br> v. <br><br> JAY J. ROTH <br><br><br> Defendant. | Case No. 2:11-cv-01603-JAT <br><br> **MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO SET ASIDE DEFAULT JUDGMENT [DKT 50]** |

Plaintiff, Raw Films, Ltd. ("Plaintiff"), by and through undersigned counsel, hereby files its Opposition to Defendant's, Jay J. Roth ("Defendant"), Motion to Set Aside Default Judgment. Defendant, who filed bankruptcy, argues that he believes the automatic stay applied to this case. He also argues that he thought he was dismissed because he saw other defendants dismissed from this case. A mistake of the law does not constitute excusable neglect within the meaning of Fed. R. Civ. P. 60(b). See Speiser, Krause & Madole P.C. v. Ortiz, 271 F.3d 884, 886 (9th Cir. 2001) ("there is no basis for deviating from the general rule that a mistake of law does not constitute excusable neglect"); see also Kyle v. Campbell Soup Co., 28 F.3d 928, 931 (9th Cir. 1994); Comm. for Idaho's High Desert, Inc. v. Yost, 92 F.3d 814, 825 (9th Cir. 1996).

Based on the foregoing, Plaintiff respectfully requests that Defendant's Motion to Set Aside Default Judgment be denied by this Court.

Dated: September 5, 2012.

Respectfully submitted,

*/s/ Ryan J. Stevens*
Ryan J. Stevens
AZ Bar No. 026378
GRIFFEN & STEVENS LAW FIRM, PLLC
609 N. Humphreys Street
Flagstaff, Arizona 86001
Telephone: (928) 226-0165
Facsimile: (928) 752-8111
Email: stevens@flagstaff-lawyer.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of Arizona by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

*/s/ Ryan J. Stevens*
Ryan J. Stevens

**SERVICE LIST**

Glenn W. Roethler, Esq.
2151 E. Broadway Rd., Suite 116
Tempe, Arizona 85282